IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01096-WDM-PAC

INGURAN LP, d/b/a SEXING TECHNOLOGIES,

    Plaintiff,

v.

XY, INC.,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Stay Proceedings [filed August 23, 2006; Doc. No. 10] is **granted in part** for 60 days.

    IT IS **FURTHER ORDERED** that the Scheduling Conference set for September 25, 2006 is *vacated and reset* to **November 7, 2006 at 9:00 a.m.**, in Courtroom A501

    IT IS **FURTHER ORDERED** that the Motion for More Definite Statement [filed May 4, 2006; Doc. No. 18] is **denied without prejudice.**

Dated:  August 30, 2006