IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01096-WDM-PAC

INGURAN, L.P. d/b/a/ SEXING TECHNOLOGIES,

    Plaintiff,

v.

XY, INC.

    Defendant.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 3, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge